[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
MAR 24 2025 KW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Plaintiff ALEXIS GOMEZ

v. FITZGERALD RESTURANT

1:25-cv-03083
Judge LaShonda A. Hunt
Magistrate Judge Young B. Kim
Cat 2 Random Assignment

Defendant WILL DUNLIN ? JESS KING.

COMPLAINT

#2

THERE WAS NO BENIFITS INCLUDING MEDICAL TREATMENT, TEMPORARY DISABILITY COMPENSATION, VOCATIONAL REHIBILATATION. THIS IS ALSO NEGLIGENCE. I WAS IN PAIN FOR 2 WEEKS AND SUFFERED MY JOB BECAUSE I COULDN'T WORK BY QUITING OUT OF FEAR. IT WAS THE WEEK OF DEC. 20-23 THAT THE ASSULT HAPPENED I WAS SELF HEALING THE BEST I COULD CAUSE I HAD NO MONEY TO ARRIVE TO THE HOSPITAL AND I WAS LIMPING AS WELL DURING THE TWO WEEKS. DURING THE TIME I LEFT WORK I FELT THE EMPLOYEE'S STARTED TO DISATTATCH FROM ME. I WAS A DISHWASHER. I HAD TO QUIT DISCRIMINATION AN UNEQUAL TREATMENT OF AN EMPLOYER TO AN EMPLOYEE. NOTHING WAS DONE REGUARDING TO (JACK)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

)  **United States District Court**
)  **Northern District of Illinois**
)
Plaintiff ALEXIS GOMEZ )
)
v. )
)
FITZGERALD )
RESTURANT & BAR )
Defendant )
WILL DUNKIN
&  **COMPLAINT**
JESS KING

I ALEXIS GOMEZ PLAINTIFF LODGE A COMPLAINT TO FITZGERALD'S RESTURANT LOCATED AT 6615 ~~ROSS~~ ROOSEVELT RD (WILL DUNKAN & JESS KING) FOR AN ASSULT AND HARRASMENT BY AN EMPLOYEE THAT TOOK PLACE INSIDE THE RESTURANT AT THE BAR AFTER I CLOCKED OUT OF WORK. I WAS STANDING BY THE BAR AFTER I CLOCKED OUT OF WORK. WAITING FOR MY RIDE TO PICK ME UP. WHILE WAITING AN UN-IDENTIFED EMPLOYEE BUT BELEAVE HIS NAME WAS JACK STRUCK ME WITH HIS KNEE WITH UNLAWFUL FORCE TO MY RIGHT LEG WITHOUT NO PROBABLE CAUSE FOR HIS ACTIONS. WHEN TALKED TO MY BOSS, HE STATED "I'LL TAKE CARE OF IT". BUT AS TO MY KNOWLEDGE NO BODY UPDATED ME ON WHAT HAPPEN AND I COULDN'T WORK UNDER THOSE CONDITIONS THAT THE EMPLOYER SET UP. I FEARED FOR MY LIFE.

)  United States District Court
)  Northern District of Illinois
Plaintiff ALEXIS )
GOMEZ )
)
v. FITZGERALD )
RESTUARNT )
)
Defendant WILL )
?
JESS KING    COMPLAINT

#3

I SUFFER WITH A MENTAL ILLNESS CALLED SCHIZOPHRENIC AND TAKE MEDICINE. AND AM GOING THROUGH THE PROCEDURES FOR GETTING, SOCIAL SECURITY DISABILITY AND NOW IM CURRENTLY HOMELESS... AFTER THE ASSULT SOMEONE OF THE EMPLOYEE'S MADE JESTURE AND ASK IF I WAS A HOMOSEXUL AND WHEN ASKED I SIAD ~~I JUST WALKED AWAY~~ SO WHAT IF I AM ITS NONE OF YOUR BUISNESS. AND WALKED AWAY.. I BELEAVE IN GOOD FAITH THATS DISCIMINATION AND ALSO BIAS OF THE EMPLOYEE AND EMPLOYER.